# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bruce J. Chasan, Esq.,                     :
                        Appellant          :
                                           :
            v.                             :        No. 47 C.D. 2020
                                           :
William H. Platt, Esq., Retired            :
Superior Court Judge, Susan Peikes         :
Gantman, Superior Court Judge,             :
Maria McLaughlin, Superior                 :
Court Judge                                :


**PER CURIAM**                    **O R D E R**


NOW, January 25, 2021, upon consideration of Appellant's application for reargument, the application is denied.